JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.L. by and through his Guardian Ad Litem ALAN LANG and ALAN LANG,<br><br>        Plaintiffs,<br><br>vs.<br><br>HERMOSA BEACH CITY SCHOOL DISTRICT<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CASE NO. CV13-991 MMM (AJWx)

[~~PROPOSED~~] JUDGMENT

        Plaintiffs, having accepted Defendant's Offer of Judgment under Fed. R. Civ. P. 68,

        IT IS HEREBY ORDERED, ADJUDICATED AND DECREED, that the Plaintiffs are awarded Eighty Five Thousand Dollars ($85,000.00) to be paid within thirty (30) days of the entry of this Judgment.

DATED: May 29, 2013

_____
MARGARET M. MORROW.
United States District Judge
Central District of California